1  **AMANDA B. WHITTEN - #251160**
   **BRYANT WHITTEN, LLP**
2  8050 North Palm Avenue, Suite 210
   Fresno, California 93711
3  (559) 494-4910 Telephone
   (559) 421-0369 Facsimile
4

5

6  Attorneys for Plaintiff, BRENT SHOWALTER

7

8 UNTIED STATES DISTRICT COURT
9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BRENT SHOWALTER, | **Case No. 2:17-CV-00031-MCE-DB** |
| 12  Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER** |
| 13  v. | |
| 14  DATA SOFTWARE SERVICES, L.L.C., a Georgia limited liability company, WILLIAM WITTENMYER (erroneously named as BILL WITTENMYER), an individual, DAVID PENNEY, an individual, and Does 1 through 20, inclusive, | |
| 18  Defendant. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, BRENT SHOWALTER, by and through his attorneys of record, and Defendants, DATA SOFTWARE SERVICES, L.L.C., a Georgia limited liability company, WILLIAM WITTENMYER (erroneously named as BILL WITTENMYER), an individual, DAVID PENNEY, an individual, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs

/ / /

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**STIPULATION FOR DISMISSAL**           Case No. 2:17-CV-00031-MCE-DB

Dated: March 16, 2018		BRYANT WHITTEN, LLP

/s/ Amanda B. Whitten
_____
AMANDA B. WHITTEN
Attorneys for Plaintiff, BRENT SHOWALTER

Dated: March 26, 2018		LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Christina M. Guerin
_____
CHRISTINA M. GUERIN
Attorneys for Defendants,
DATA SOFTWARE SERVICES L.L.C., WILLIAM WITTENMYER, and DAVID PENNEY

**STIPULATION FOR DISMISSAL**

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, the Court hereby orders the above-entiled case dismissed with prejudice per FRCP 41(A)(2). The Clerk of the Court is directed to close this case

IT IS SO ORDERED.

Dated: March 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL**